# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL LEE DENNIS,<br><br>        Plaintiff,<br><br>-vs-<br><br>CITIBANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC.; TRANS UNION LLC and DOES 1-10 inclusive<br><br>        Defendants. | CASE NO. 3:23-cv-03996-TLT<br><br>~~[PROPOSED]~~<br>**ORDER TO DISMISS** |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed, with prejudice as to Defendant CITBANK, N.A. only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this <u>September 25, 2024</u>

_____
Honorable Judge of the District Court